# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 08-cv-00107

Kevin Memoli, et al., Plaintiffs,
v.
Navistar International Corporation, Daniel C. Ustian, Robert C. Lannert, Mark T. Schwetschenau, and Deloitte & Touche LLP, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Navistar International Corporation
Daniel C. Ustian
Robert C. Lannert

| NAME (Type or print) |
|---|
| Laurence H. Levine |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Laurence H. Levine |

| FIRM |
|---|
| Law Offices of Laurence H. Levine, Esq. |

| STREET ADDRESS |
|---|
| 190 South LaSalle Street, Suite 3120 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois ARDC #1638459 | (312) 291-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |