IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MEMOLI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-cv-00107 |
| v. | ) ) | |
| NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, and DELOITTE & TOUCHE LLP, | ) ) ) ) ) ) | Judge Virginia M. Kendall Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the General Rules of the United States District Court for the Northern District of Illinois, Defendant Navistar International Corporation hereby discloses that it has no publicly held affiliates, as that term is defined under Local Rule 3.2.

Dated: January 25, 2008

Respectfully submitted,

/s/Sean M. Berkowitz
One of the Attorneys for Defendants
Navistar International Corporation,
Daniel C. Ustian, and Robert C. Lannert

Laurence H. Levine
Maaike S. Almeida
LAW OFFICES OF LAURENCE H. LEVINE, ESQ.
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

CH\1002635.1