IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MEMOLI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-cv-00107 |
| v. | ) ) | |
| NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, and DELOITTE & TOUCHE LLP, | ) ) ) ) ) ) | Judge Virginia M. Kendall<br><br>Magistrate Judge Maria Valdez |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 30, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Virginia M. Kendall of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and will then and there present **AGREED MOTION TO EXTEND TIME AND ENTER A BRIEFING SCHEDULE**, a copy of which is enclosed herewith.

Dated:  January 25, 2008

Respectfully submitted,

/s/Sean M. Berkowitz
One of the Attorneys for Defendants
Navistar International Corporation,
Daniel C. Ustian, and Robert C. Lannert

Laurence H. Levine
Maaike S. Almeida
LAW OFFICES OF LAURENCE H. LEVINE, ESQ.
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767