AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEVIN MEMOLI,
    Plaintiff

                 CASE NUMBER:   08 C 107

           V.              ASSIGNED JUDGE:   Kendall

NAVISTAR INTERNATIONAL
CORPORATION, et al.        DESIGNATED
    Defendants               MAGISTRATE JUDGE:   Valdez

TO: (Name and address of Defendant)

ROBERT C. LANNERT
c/o Robert C. Levels
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marvin A. Miller
Miller Law LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Girly/*
-----------------------------
**(By) DEPUTY CLERK**

**January 28, 2008**
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-28-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kay Pulido | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Robert Levels, Latham + Watkins, PC, 233 S. Wacker Dr, Chicago, IL 60606

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-28-08         Kay Pulido
             Date            Signature of Server

115 S. LaSalle #2910, Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.