AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEVIN MEMOLI,
    Plaintiff

CASE NUMBER: 08 C 107

V.

ASSIGNED JUDGE: Kendall

NAVISTAR INTERNATIONAL
CORPORATION, et al.
    Defendants

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

MARK T. SCHWETSCHENAU
c/o Patrick S. Coffey
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marvin A. Miller
Miller Law LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
-------------------------------------
(By) DEPUTY CLERK



January 28, 2008
-------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1·28 08 |
| NAME OF SERVER (PRINT) KAY PULIDO | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Patrick Coffey, Locke Lord, Bissell + Liddell, 111 S. Wacker Dr., Chicago, IL 60606

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1·28·08         Kay Pulido
              Date            Signature of Server

115 S. LaSalle #2910 Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.