

# United States District Court
# Northern District of Illinois

In the Matter of

Kevin Memoli

v.

Navistar International Corp., et al

Case No. 08 C 107

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Virgina M. Kendall** to be related to **07 C 7014** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Robert W. Gettleman

Dated: February 6, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: FEB - 7 2008

Finding of Relatedness (Rev. 9/99)