UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM and BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP.<br><br>      Defendants. | No. 07 C 7014<br><br>Judge Robert W. Gettleman |
| KEVIN MEMOLI, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, and DELOITTE & TOUCHE LLP.<br><br>      Defendants. | No. 08 C 107<br><br>Judge Robert W. Gettleman |

To: All Counsel of Record per attached
   Certificate of Service

  **PLEASE TAKE NOTICE** that on Thursday, February 21, 2008, at 9:15 a.m., the Norfolk County Retirement System ("Norfolk") and the Brockton Contributory Retirement System ("Brockton") (collectively, the "Massachusetts Retirement Systems"), shall appear before

the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the **Norfolk County Retirement System and Brockton Contributory Retirement System's Motion for Consolidation, To Be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel**.

    Respectfully submitted,

    **Norfolk County Retirement System** and **Brockton Contributory Retirement System**

Dated: February 15, 2008      <u>  s/ Lester L. Levy  </u>
    One of Their Attorneys

Lester L. Levy (admitted *Pro Hac Vice)*
James A. Harrod
E. Elizabeth Ferguson
Natalie M. Mackiel-Jackson
Wolf Popper LLP
845 Third Avenue
New York, New York 10022
(212) 759-4600 – Telephone
(212) 486-2093 – Facsimile

C. Philip Curley
Fay Clayton
Aleeza Strubel
Michael J. O'Donnell
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile

*Attorneys for The Massachusetts Retirement Systems and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

       I hereby certify that on February 15, 2008, I caused to be electronically filed the foregoing **Notice of Norfolk County Retirement System and Brockton Contributory Retirement System's Motion For Consolidation, To Be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel,** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Laurence H. Levine
Maaike S. Almeida
LAW OFFICES OF LAURENCE H. LEVINE
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Telephone: (312) 291-7000
Facsimile: (312) 291-7015
laurence.levine@lhlevine.com
maaike.almeida.@lhlevine.com
    *Counsel for Defendants Daniel C. Ustian, Robert C. Lannert, Navistar International Corporation*

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Sean.berkowitz@lw.com
Cary.perlman@lw.com
mark.mester@lw.com
robin.hulshizer@lw.com
robert.levels@lw.com
    *Counsel for Defendants Daniel C. Ustian, Robert C. Lannert, Navistar International Corporation*

Patrick S. Coffey
Matthew S. Klepper
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 896-6702
pcoffey@lordbissell.com
mklepper@lordbissell.com
    *Counsel for Defendant Mark T. Schwetschenau*

James E. Barz
MAYER BROWN ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
jbarz@mayerbrownrowe.com
    *Counsel for Defendant Deloitte & Touche USA LLP*

Richard A. Maniskas
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com
    *Counsel for Kevin Memoli*

                                              s/ Lester L. Levy

Doc. 159890