**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM and BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP. <br><br> Defendants. | No. 07 C 7014 <br><br> Judge Robert W. Gettleman |
| KEVIN MEMOLI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, and DELOITTE & TOUCHE LLP. <br><br> Defendants. | No. 08 C 107 <br><br> Judge Robert W. Gettleman |

**INDEX OF EXHIBITS TO THE MEMORANDUM OF LAW IN
SUPPORT OF NORFOLK COUNTY RETIREMENT SYSTEM
AND BROCKTON CONTRIBUTORY RETIREMENT SYSTEM'S
MOTION FOR CONSOLIDATION, TO BE APPOINTED LEAD
PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

EXHIBIT A    Certification of the Norfolk County Retirement System

EXHIBIT B    Certification of the Brockton Contributory Retirement System

EXHIBIT C    Calculation of Losses of the Massachusetts Retirement Systems

EXHIBIT D    December 17, 2007, PR Newswire Announcement of Pendency of Class Action on Behalf of Investors in Navistar International Corp.

EXHIBIT E    Firm Resume of Wolf Popper, LLP

EXHIBIT F    Firm Resume of Robinson Curley & Clayton, P.C.