**EXHIBIT A**

## PLAINTIFF CERTIFICATION

Joseph Connolly, on behalf of the Norfolk County Retirement System ("Retirement System"), hereby states:

1. I am the Chairman of the Board of Trustees of the Retirement System. As Chairman, I am authorized to execute this certification on the Retirement System's behalf.

2. I have reviewed the complaint against Navistar International Corporation, and certain of its senior officers and directors ("Navistar") and have authorized its filing on behalf of the Retirement System.

3. The Retirement System did not purchase any shares of Navistar at the direction of counsel or in order to participate in this private action.

4. During the Class Period alleged in the complaint, the Retirement System made the following transactions in Navistar common stock:

| Transaction | Trade Date | No. Of Shares | Price Per Share |
|---|---|---|---|
| | See Attached | | |

5. The Retirement System has served or has sought to serve as a representative party on behalf of a class, in the following actions under the federal securities laws during the last three years:

**City of Brockton Retirement System v. The Shaw Group, et al., 06-cv-08245-CM (S.D.N.Y.)** The Retirement System is currently serving as co-lead plaintiff.

**Montoya v. Herley Industries, Inc. et al. 06-CV-02964-JS (E.D.Pa.).** The Retirement System's motion for lead plaintiff was denied in favor of a class member with larger losses.

7. The Retirement System will not accept any payment for serving as a representative party on behalf of a class except to receive its pro rata share of any recovery, or as ordered or

#145551

approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December, 2007

*[signature]*
Norfolk County Retirement System
Joseph Connolly, Chairman of the Board of Trustees

#145551

Norfolk County Retirement System
Trading in Navistar International, Inc. Common Stock
Period February 14, 2003 Through July 17, 2006

| Buy_Date | Buy_Qte | Buy_Price | Buy Value |
|---|---|---|---|
| 11/11/03 | 2100 | 40.046 | 84096.6 |
| 12/19/03 | 1000 | 47.9171 | 47917.1 |
| 02/02/04 | 1000 | 47.0557 | 47055.7 |
| 02/03/04 | 800 | 47.0089 | 37607.12 |
| 02/04/04 | 300 | 46.7931 | 14037.93 |
| 02/06/04 | 500 | 48.4997 | 24249.85 |
| 02/09/04 | 400 | 48.7187 | 19487.48 |
| 02/23/04 | 1000 | 47.1441 | 47144.1 |
| 02/23/04 | 1200 | 47.1441 | 56572.92 |
| 03/01/04 | 900 | 47.3027 | 42572.43 |
| 03/02/04 | 400 | 48.2203 | 19288.12 |
| 03/08/04 | 1000 | 47.5223 | 47522.3 |
| 05/20/04 | 400 | 34.25 | 13700 |
| 05/20/04 | 3400 | 33.9511 | 115433.74 |
| 05/20/04 | 3300 | 33.9511 | 112038.63 |
| 05/21/04 | 2100 | 34.1759 | 71769.39 |
| 05/24/04 | 200 | 35.8019 | 7160.38 |
| 12/06/04 | 1800 | 39.0052 | 70209.36 |
| 12/06/04 | 1900 | 39.0052 | 74109.88 |
| 12/07/04 | 1100 | 39.8457 | 43830.27 |
| 12/07/04 | 1000 | 39.8457 | 39845.7 |
| 12/08/04 | 100 | 40.0455 | 4004.55 |
| 12/09/04 | 800 | 40.1988 | 32159.04 |
| 04/06/05 | 1700 | 36.6 | 62220 |
| 04/22/05 | 200 | 31.31 | 6262 |
| 04/22/05 | 1500 | 31.27 | 46905 |
| 04/25/05 | 300 | 31.28 | 9384 |
| 06/08/05 | 1400 | 32.13 | 44982 |
| 06/09/05 | 900 | 32.49 | 29241 |
| 06/10/05 | 900 | 34.25 | 30825 |
| 06/13/05 | 200 | 34.43 | 6886 |
| 06/21/05 | 700 | 34.23 | 23961 |
| 06/22/05 | 800 | 34.52 | 27616 |
| 06/23/05 | 1400 | 32.57 | 45598 |
| 07/14/05 | 700 | 20.9528 | 14666.96 |

| Sale_Date | Sale_Qte | Sale_Price | Sale Value |
|---|---|---|---|
| 08/20/03 | 500 | 43.9378 | 21968.9 |
| 08/25/03 | 800 | 43.5375 | 34830 |
| 05/26/04 | 1200 | 37.0626 | 44475.12 |
| 05/28/04 | 800 | 37.7537 | 30202.96 |
| 06/01/04 | 800 | 38.1963 | 30557.04 |
| 06/04/04 | 1600 | 39.11 | 62576 |
| 06/07/04 | 800 | 39.3819 | 31505.52 |
| 06/07/04 | 900 | 39.3819 | 35443.71 |
| 10/01/04 | 800 | 38.1486 | 30518.88 |
| 01/20/05 | 600 | 41.44 | 24864 |
| 01/20/05 | 800 | 41.68 | 33344 |
| 01/21/05 | 300 | 40.64 | 12192 |
| 02/03/05 | 10600 | 38.45 | 407570 |
| 03/03/05 | 100 | 41.05 | 4105 |
| 03/03/05 | 400 | 41.11 | 16444 |
| 03/04/05 | 300 | 42.25 | 12675 |
| 03/07/05 | 100 | 42.39 | 4239 |
| 03/15/05 | 800 | 42.23 | 33784 |
| 10/05/05 | 2100 | 31.0001 | 65100.21 |