**EXHIBIT B**

## PLAINTIFF CERTIFICATION

Hal Hanna, on behalf of the Brockton Contributory Retirement System ("Brockton Retirement System"), hereby states:

1. I am the Executive Director of the Brockton Retirement System. As Executive Director, I am authorized to execute this certification on the Brockton Retirement System's behalf.

2. I have reviewed the complaint against Navistar International Corporation, and certain of its senior officers and directors ("Navistar") and have authorized its filing on behalf of the Brockton Retirement System.

3. The Brockton Retirement System did not purchase any shares of Navistar at the direction of counsel or in order to participate in this private action.

4. During the Class Period alleged in the complaint, the Brockton Retirement System made the following transactions in Navistar common stock:

| Transaction | Trade Date | No. Of Shares | Price Per Share |
|---|---|---|---|
| See Attached | | | |

5. The Brockton Retirement System has served or has sought to serve as a representative party on behalf of a class, in the following actions under the federal securities laws during the last three years:

> **City of Brockton Retirement System v. The Shaw Group, et al., 06-cv-08245-CM** (S.D.N.Y.) Brockton Retirement System is currently serving as co-lead plaintiff.
>
> **In re Bearing Point Sec. Litig., 1:05-cv-00454-LO-TCB(E.D. Va.).** Brockton Retirement System's motion for lead plaintiff was denied in favor of a class member with larger losses.
>
> **In re SFBC Int'l Group Inc. Sec. & Derivative Litig., 2:06-cv-00165-SRC-MAS**

**(D.N.J.).** Brockton Retirement System withdrew its motion for lead plaintiff in favor of a class member with larger losses.

**Atlas v. Accredited Home Lenders Holding Co., 07-cv-00488-H-RBB (S.D. Cal.).** Brockton Retirement System's motion for lead plaintiff was denied in favor of a class member with larger losses.

**In re Red Hat, Inc. Sec. Litig., 5:04-cv-473-BR(3) (E.D.N.C.).** Brockton Retirement System filed a motion to intervene and be appointed lead plaintiff, but withdrew the motion before it could be decided by the Court.

7. The Brockton Retirement System will not accept any payment for serving as a representative party on behalf of a class except to receive its pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 th day of December, 2007

Brockton Contributory Retirement System
Hal Hanna, Executive Director

**NAVZ**            63934E108

<u>Brockton Purchases</u>

| Buy_Date | Buy_Quantity | Buy_Price | Buy_Value |
|---|---|---|---|
| 02/02/04 | 600 | 47.0557 | 28233.42 |
| 02/03/04 | 400 | 47.0089 | 18803.56 |
| 02/04/04 | 200 | 46.7931 | 9358.62 |
| 02/06/04 | 300 | 48.4997 | 14549.91 |
| 02/09/04 | 200 | 48.7187 | 9743.74 |
| 02/23/04 | 600 | 47.1441 | 28286.46 |
| 03/01/04 | 500 | 47.3 | 23650 |
| 03/02/04 | 200 | 48.22 | 9644 |
| 03/08/04 | 600 | 47.52 | 28512 |
| 05/20/04 | 200 | 34.25 | 6850 |
| 05/20/04 | 1900 | 33.9511 | 64507.09 |
| 05/21/04 | 1300 | 34.1759 | 44428.67 |
| 12/06/04 | 1000 | 39.0052 | 39005.2 |
| 12/07/04 | 600 | 39.8457 | 23907.42 |
| 12/08/04 | 100 | 40.0455 | 4004.55 |
| 12/09/04 | 400 | 40.1988 | 16079.52 |
| 04/06/05 | 1000 | 36.6 | 36600 |
| 04/22/05 | 100 | 31.31 | 3131 |
| 04/22/05 | 800 | 31.27 | 25016 |
| 04/25/05 | 200 | 31.28 | 6256 |
| 06/08/05 | 800 | 32.1274 | 25701.92 |
| 06/09/05 | 500 | 32.4931 | 16246.55 |
| 06/10/05 | 500 | 34.2502 | 17125.1 |
| 06/13/05 | 100 | 34.4295 | 3442.95 |
| 06/21/05 | 400 | 34.228 | 13691.2 |
| 06/22/05 | 500 | 34.5181 | 17259.05 |
| 06/23/05 | 800 | 32.5691 | 26055.28 |
| 12/08/05 | 2000 | 28.944 | 57888 |
| 07/14/06 | 500 | 20.9528 | 10476.4 |

**NAVZ**        63934E108
<u>Brockton Sales</u>

| Sale_Date | Sale_Quantity | Sale_Price | Sale Value |
|---|---|---|---|
| 06/07/04 | 500 | 40.9883 | 20494.15 |
| 01/20/05 | 400 | 41.4355 | 16574.2 |
| 01/21/05 | 100 | 40.6356 | 4063.56 |
| 03/03/05 | 200 | 41.11 | 8222 |
| 03/04/05 | 200 | 42.25 | 8450 |
| 03/07/05 | 100 | 42.39 | 4239 |
| 03/10/05 | 600 | 42.51 | 25506 |
| 03/15/05 | 500 | 42.23 | 21115 |
| 10/05/05 | 800 | 31.0001 | 24800.08 |