**EXHIBIT C**

## Summary of Losses
## Massachusetts Retirement Systems

**LIFO Losses**

| | |
|---|---|
| Norfolk County Contributory Retirement System | $164,805.17 |
| Brockton Contributory Retirement System | $157,535.09 |
| **TOTAL** | **$322,340.26** |

## Norfolk County Retirement System
## Losses in Navistar Common Stock
## Class Period - February 14, 2003 to July 17, 2006

| PURCHASES | | | | SALES | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Price | Quantity | Cost | Date | Price | Quantity | Proceeds |
| | | | | 8/20/03 | $43.94 | 500 | $21,968.90 |
| | | | | 8/25/03 | $43.54 | 800 | $34,830.00 |
| 11/11/03 | $40.05 | 2,100 | $84,096.60 | | | | |
| 12/19/03 | $47.92 | 1,000 | $47,917.10 | | | | |
| 2/2/04 | $47.06 | 1,000 | $47,055.70 | | | | |
| 2/3/04 | $47.01 | 800 | $37,607.12 | | | | |
| 2/4/04 | $46.79 | 300 | $14,037.93 | | | | |
| 2/6/04 | $48.50 | 500 | $24,249.85 | | | | |
| 2/9/04 | $48.72 | 400 | $19,487.48 | | | | |
| 2/23/04 | $47.14 | 1,000 | $47,144.10 | | | | |
| 2/23/04 | $47.14 | 1,200 | $56,572.92 | | | | |
| 3/1/04 | $47.30 | 900 | $42,572.43 | | | | |
| 3/2/04 | $48.22 | 400 | $19,288.12 | | | | |
| 3/8/04 | $47.52 | 1,000 | $47,522.30 | | | | |
| 5/20/04 | $33.95 | 3,300 | $112,038.63 | | | | |
| 5/20/04 | $34.25 | 400 | $13,700.00 | | | | |
| 5/20/04 | $33.95 | 3,400 | $115,433.74 | | | | |
| 5/21/04 | $34.18 | 2,100 | $71,769.39 | | | | |
| 5/24/04 | $35.80 | 200 | $7,160.38 | | | | |
| | | | | 5/26/04 | $37.06 | 1,200 | $44,475.12 |
| | | | | 5/28/04 | $37.75 | 800 | $30,202.96 |
| | | | | 6/1/04 | $38.20 | 800 | $30,557.04 |
| | | | | 6/4/04 | $39.11 | 1,600 | $62,576.00 |
| | | | | 6/7/04 | $39.38 | 800 | $31,505.52 |
| | | | | 6/7/04 | $39.38 | 900 | $35,443.71 |
| | | | | 10/1/04 | $38.15 | 800 | $30,518.88 |
| 12/6/04 | $39.01 | 1,800 | $70,209.36 | | | | |
| 12/6/04 | $39.01 | 1,900 | $74,109.88 | | | | |
| 12/7/04 | $39.85 | 1,100 | $43,830.27 | | | | |
| 12/7/04 | $39.85 | 1,000 | $39,845.70 | | | | |
| 12/8/04 | $40.05 | 100 | $4,004.55 | | | | |
| 12/9/04 | $40.20 | 800 | $32,159.04 | | | | |
| | | | | 1/20/05 | $41.44 | 600 | $24,864.00 |
| | | | | 1/20/05 | $41.68 | 800 | $33,344.00 |
| | | | | 1/21/05 | $40.64 | 300 | $12,192.00 |
| | | | | 2/3/05 | $38.45 | 10,600 | $407,570.00 |
| | | | | 3/3/05 | $41.05 | 100 | $4,105.00 |
| | | | | 3/3/05 | $41.11 | 400 | $16,444.00 |
| | | | | 3/4/05 | $42.25 | 300 | $12,675.00 |
| | | | | 3/7/05 | $42.39 | 100 | $4,239.00 |
| | | | | 3/15/05 | $42.23 | 800 | $33,784.00 |
| 4/6/05 | $36.60 | 1,700 | $62,220.00 | | | | |
| 4/22/05 | $31.31 | 200 | $6,262.00 | | | | |
| 4/22/05 | $31.27 | 1,500 | $46,905.00 | | | | |
| 4/25/05 | $31.28 | 300 | $9,384.00 | | | | |
| 6/8/05 | $32.13 | 1,400 | $44,982.00 | | | | |

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| Date | Price | Quantity | Cost | Date | Price | Quantity | Proceeds |
| 6/9/05 | $32.49 | 900 | $29,241.00 | | | | |
| 6/10/05 | $34.25 | 900 | $30,825.00 | | | | |
| 6/13/05 | $34.43 | 200 | $6,886.00 | | | | |
| 6/21/05 | $34.23 | 700 | $23,961.00 | | | | |
| 6/22/05 | $34.52 | 800 | $27,616.00 | | | | |
| 6/23/05 | $32.57 | 1,400 | $45,598.00 | | | | |
| | | | | 10/5/05 | $31.00 | 2,100 | $65,100.21 |
| 7/14/06 | 20.9528 | 700 | $14,666.96 | | | | |
| 7/17/06 | 20.8683 | 1,200 | $25,041.96 | | | | |
| Total | | 38,600 | $1,445,401.51 | | | 24,300 | $936,395.34 |

| | |
|---|---|
| **Total Cost of 38,600 Shares Purchased** | **$1,445,401.51** |
| **Total Proceeds from 24,300 Shares Sold** | **$936,395.34** |
| **Calculation of Value of Net Shares Purchased (retained value)** | |
| Net Shares Purchased | 14,300.00 |
| Set-out Price* | $24.07 |
| Value of Retained 14,300 Shares | $344,201.00 |
| **Sum of Proceeds and Retained Value** | **$1,280,596.34** |
| **Net Loss** | **$164,805.17** |

\* Average closing price of Navistar Common Stock for the 90 day period after July 17, 2006 (July 18, 2006 - October 16, 2006).

---

**"First-In-First-Out" (FIFO) Calculation of Norfolk Losses\*\***

| | |
|---|---|
| Norfolk Share Balance as of February 13, 2004: | 7,900 |
| Class Period Sales Applied To Purchases Under FIFO: | 16,400 \*\*\* |
| Proceeds from 16,400 shares sold | $625,761.79 |
| Net Shares Purchased under FIFO | 22,200 |

| | |
|---|---|
| **Total Cost of 38,600 Shares Purchased** | **$1,445,401.51** |
| **Total Proceeds from 16,400 Shares Sold** | **$625,761.79** |
| **Calculation of Value of Net Shares Purchased (retained value)** | |
| Net Shares Purchased | 22,200.00 |
| Set-out Price* | $24.07 |
| Value of Retained 22,200 Shares | $534,354.00 |
| **Sum of Proceeds and Retained Value** | **$1,160,115.79** |
| **Net Loss** | **$285,285.72** |

\*\* By applying FIFO, the proceeds from the first 7,900 shares sold by Norfolk during the Class Period are not offset against the cost of Class Period purchases.

\*\*\* Includes all sales from January 20, 2005 through October 5, 2005, plus 300 of the shares sold on October 1, 2004.

## Brockton Contributory Retirement System
## Losses in Navistar Common Stock
## Class Period - February 14, 2003 to July 17, 2006

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| Date | Price | Quantity | Cost | Date | Price | Quantity | Proceeds |
| 2/2/04 | $47.06 | 600 | $28,233.42 | | | | |
| 2/3/04 | $47.01 | 400 | $18,803.56 | | | | |
| 2/4/04 | $46.79 | 200 | $9,358.62 | | | | |
| 2/6/04 | $48.50 | 300 | $14,549.91 | | | | |
| 2/9/04 | $48.72 | 200 | $9,743.74 | | | | |
| 2/23/04 | $47.14 | 600 | $28,286.46 | | | | |
| 3/1/04 | $47.30 | 500 | $23,650.00 | | | | |
| 3/2/04 | $48.22 | 200 | $9,644.00 | | | | |
| 3/8/04 | $47.52 | 600 | $28,512.00 | | | | |
| 5/20/04 | $34.25 | 200 | $6,850.00 | | | | |
| 5/20/04 | $33.95 | 1,900 | $64,507.09 | | | | |
| 5/21/04 | $34.18 | 1,300 | $44,428.67 | | | | |
| | | | | 6/7/04 | $40.99 | 500 | $20,494.15 |
| 12/6/04 | $39.01 | 1,000 | $39,005.20 | | | | |
| 12/7/04 | $39.85 | 600 | $23,907.42 | | | | |
| 12/8/04 | $40.05 | 100 | $4,004.55 | | | | |
| 12/9/04 | $40.20 | 400 | $16,079.52 | | | | |
| | | | | 1/20/05 | $41.44 | 400 | $16,574.20 |
| | | | | 1/21/05 | $40.64 | 100 | $4,063.56 |
| | | | | 3/3/05 | $41.11 | 200 | $8,222.00 |
| | | | | 3/4/05 | $42.25 | 200 | $8,450.00 |
| | | | | 3/7/05 | $42.39 | 100 | $4,239.00 |
| | | | | 3/10/05 | $42.51 | 600 | $25,506.00 |
| | | | | 3/15/05 | $42.23 | 500 | $21,115.00 |
| 4/6/05 | $36.60 | 1,000 | $36,600.00 | | | | |
| 4/22/05 | $31.31 | 100 | $3,131.00 | | | | |
| 4/22/05 | $31.27 | 800 | $25,016.00 | | | | |
| 4/25/05 | $31.28 | 200 | $6,256.00 | | | | |
| 6/8/05 | $32.13 | 800 | $25,701.92 | | | | |
| 6/9/05 | $32.49 | 500 | $16,246.55 | | | | |
| 6/10/05 | $34.25 | 500 | $17,125.10 | | | | |
| 6/13/05 | $34.43 | 100 | $3,442.95 | | | | |
| 6/21/05 | $34.23 | 400 | $13,691.20 | | | | |
| 6/22/05 | $34.52 | 500 | $17,259.05 | | | | |
| 6/23/05 | $32.57 | 800 | $26,055.28 | | | | |
| | | | | 10/5/05 | $31.00 | 800 | $24,800.08 |
| 12/8/05 | $28.94 | 2,000 | $57,888.00 | | | | |
| 7/14/06 | 20.9528 | 500 | $10,476.40 | | | | |
| 7/17/06 | 20.8683 | 900 | $18,781.47 | | | | |
| **Totals** | | **18,200** | **$647,235.08** | | | **3,400** | **$133,463.99** |

| | |
|---|---|
| **Total Cost of 18,200 Shares Purchased** | **$647,235.08** |
| **Total Proceeds from 3,400 Shares Sold** | **$133,463.99** |
| **Calculation of Value of Net Shares Purchased (retained value)** | |
| Net Shares Purchased | 14,800 |
| Set-out Price* | $24.07 |
| Value of Retained 14,300 Shares | $356,236.00 |
| **Sum of Proceeds and Retained Value** | **$489,699.99** |
| **Net Loss** | **$157,535.09** |

* Average closing price of Navistar Common Stock for the 90 day period after July 17, 2006 (July 18, 2006 - October 16, 2006).