**EXHIBIT D**

PRN        Wolf Popper LLP Files Securities Fraud Class Action Against
           Dec 17 2007   13:33

Navistar International Corp.

     NEW YORK, Dec. 17 /PRNewswire/ -- Wolf Popper LLP has filed a securities fraud lawsuit on behalf of investors who purchased Navistar International Corp. (Pink Sheets: NAVZ) securities on the open market from February 14, 2003 through July 17, 2006.

     The action is pending in the U.S. District Court for the Northern District of Illinois (Index No. 07 C 7014), against Navistar, certain of its current and former senior management and Deloitte & Touche LLP, Navistar's former outside auditing firm.  The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  The complaint can be obtained from the Court or at http://www.wolfpopper.com.

     The complaint alleges that the defendants knowingly and fraudulently misrepresented Navistar's financial results during the class period.  When the truth began to be revealed to the market, beginning on December 14, 2005 and continuing through July 17, 2006, Navistar's stock price fell from $30.28 to $20.95, a 30% drop.

     If you bought Navistar securities from February 14, 2003 through July 17, 2006, and lost money, you may, no later than February 15, 2008, request that the Court appoint you as lead plaintiff.  You may retain Wolf Popper LLP, or other counsel of your choice, to serve as your counsel in this action.

     Wolf Popper LLP (http://www.wolfpopper.com) has taken a leading role in many important actions on behalf of defrauded investors for nearly 60 years and has achieved recoveries totaling billions of dollars.  Please contact Wolf Popper or visit our website for more information about the firm.  If you wish to discuss this action, participate in this suit, or if you have any questions regarding this notice, or preservation of your rights, please contact:

 E. Elizabeth Ferguson, Esq. (eferguson@wolfpopper.com) * Wolf Popper LLP * 845

     Third Avenue * New York * NY * 10022 * Tel.: 212.759.4600 * Toll Free:

        877.370.7703 * Fax: 212.486.2093 * Toll Free Fax: 877.370.7704 *

                     Email: irrep@wolfpopper.com


 SOURCE   Wolf Popper LLP

PRN        Wolf Popper LLP Files Securities Fraud Class Action Against
           Dec 17 2007   13:33

CONTACT:
E. Elizabeth Ferguson, Esq., of Wolf Popper LLP, eferguson@wolfpopper.com, +1-212-759-4600, Toll Free: +1-877-370-7703, Fax: +1-212-486-2093, Toll Free Fax: +1-877-370-7704, or irrep@wolfpopper.com
-0- Dec/17/2007 18:33 GMT

Copyright (c) 2008