UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN MEMOLI, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>NAVISTAR INTERNATIONAL CORPORATION, DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU and DELOITTE & TOUCHE LLP,<br><br>     Defendants. | **08-cv-00107**<br><br>**Judge Gettleman** |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Kevin Memoli hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: March 4, 2008          Respectfully submitted,

                By: */s/ Lori A. Fanning*
                  Marvin A. Miller
                  Lori A. Fanning
                  **MILLER LAW LLC**
                  115 S. LaSalle Street
                  Suite 2910
                  Chicago, IL 60603
                  (312) 334-3400
                  (312) 676-2676 (Fax)

                  and

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (Fax)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing document was filed with the Clerk of Court using CM/ECF, which will electronically transmit and notify all counsel of record on this the 4th day of March, 2008. I also certify that the foregoing document is being served this day by electronic mail to counsel identified below.

Dated: March 4, 2008            By:   /s/ Lori A. Fanning
                                                      Lori A. Fanning

| | |
|---|---|
| Patrick S. Coffey<br>Matthew S. Klepper<br>**LOCKE LORD BISSELL & LIDDELL LLP**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 443-0700<br>pcoffey@lockelord.com<br>mklepper@lockelord.com | Lester L. Levy<br>James A. Harrod<br>E. Elizabeth Ferguson<br>Natalie M. Mackiel-Jackson<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, New York 10022<br>(212) 759-4600<br>llevy@wolfpopper.com<br>jharrod@wolfpopper.com<br>eferguson@wolfpopper.com<br>nmackiel@wolfpopper.com |
| C. Philip Curley<br>Fay Clayton<br>Aleeza Strubel<br>Michael J. O'Donnell<br>**ROBINSON CURLEY & CLAYTON, P.C.**<br>300 South Wacker Drive, Suite 1700<br>Chicago, Illinois 60606<br>(312) 663-3100<br>pcurley@robinsoncurley.com<br>fclayton@robinsoncurley.com<br>astrubel@robinsoncurley.com<br>modonnell@robinsoncurley.com | Jennifer W. Sprengel<br>Nyran Rose Pearson<br>**CAFFERTY FAUCHER LLP**<br>30 N. LaSalle Street<br>Suite 3200<br>Chicago, IL 60602<br>(312) 782-4880<br>jsprengel@caffertyfaucher.com<br>npearson@caffertyfaucher.com |