## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 107 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Kevin Memoli    vs    Navistar International Corp., et al | | |

**DOCKET ENTRY TEXT:**

This action is voluntarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41. Status hearing date of 3/17/2008 is stricken.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|